**JS-6**
LINK: 50

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terence L. Young, on behalf of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dave Dog Productions, Inc., a Florida corporation; Melvin Flaster, an individual; Helene Flaster, aka Helen Du Maurier, an individual,<br><br>　　　　Defendants. | **Case No. CV 07-5046 GAF (JTLx)**<br><br>**JUDGMENT** |

　　　　Having previously granted Plaintiff's application for default judgment with respect to its first claim against Dave Dog Productions (DDP) and Melvin Flaster, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

　　　　1.  DDP and Melvin Flaster, being jointly and severally liable on the First Claim for Relief, are ordered to pay Plaintiff $1,713.25 plus post-judgment interest per 28 U.S.C. § 1961(a), which represents the sum total of all damages granted by the Court;

2. Plaintiff's second and third claims are **DISMISSED** for failure to state a claim, and the entry of default against the Flasters as to those claims is hereby **SET ASIDE**;

3. Plaintiff to receive its costs of suit incurred herein.

**IT IS SO ORDERED.**

DATED: February 3, 2009

_____
Gary Allen Feess
United States District Judge

2